IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-60470
Conference Calendar
_____

JEFFERY LEE RANDLE,

Plaintiff-Appellant,

versus

CLAY COUNTY SHERIFF'S DEPARTMENT;
LADDIE HUFFMAN; RALPH COLE,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:93-CV-46-S-D
--------------------
December 13, 2000

Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Jeffrey Lee Randle, Mississippi prisoner # 81125, appeals from the district court's dismissal of his 42 U.S.C. § 1983 action as time-barred. Because Randle failed to object to the magistrate judge's report and recommendation he is barred on appeal from attacking, except upon grounds of plain error, the factual findings and legal conclusions accepted by the district court. See Douglass v. United Services Auto. Ass'n, 79 F.3d 1415, 1429 (5th Cir. 1996)(en banc). We find that Randle's claims are barred by the Mississippi three-year statute of

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

limitations, and the district court did not err.  See Owens v. Okure, 488 U.S. 235, 249-50 (1989); Miss. Code. Ann. § 15-1-49.

AFFIRMED.